

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| MVS INTERNATIONAL CORPORATION AND MANUEL SATURNO, | § § § | No. 08-16-00173-CV |
| | | Appeal from |
| Appellants, | § | 168th District Court |
| v. | § | of El Paso County, Texas |
| INTERNATIONAL ADVERTISING SOLUTIONS, LLC, NEXT LEVEL FIRM, LLC, RENE RASCON, | § § | (TC # 2015-DCV3098) |
| Appellees. | § § | |

# **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the judgment of the court below and remand the cause for further proceedings, in accordance with this Court's opinion. We further order that Appellants recover from Appellees all costs of this appeal, for which let execution issue, and this decision be certified below for observance.

IT IS SO ORDERED THIS 11TH DAY OF OCTOBER, 2017.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.